UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:09CV406 CDP |
| MEDICAL SOLUTIONS INC., and GREGORY S. BOONE, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to continue [#15] is granted.

**IT IS FURTHER ORDERED** that plaintiff's motion for default judgment [doc. #10] is reset for hearing on **Thursday, October 8, 2009 at 2:00 p.m.** in Courtroom 14-South of the Thomas F. Eagleton, U.S. Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2009.